# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| IN RE T-MOBILE CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>DEIRDRE DONOVAN, *et al.*, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>T-MOBILE USA, INC.,<br><br>　　　　　　　　　Defendant. | MDL No. 3019<br><br>Master Case No.: 4:21-md-3019-BCW<br><br>Judge: Hon. Brian C. Wimes<br><br>W.D. Mo. Case No. 4:21-cv-00888<br>(Originally W.D. Wa. Case No. 2:21-cv-01138) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)

Plaintiff Kevin Curran, pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(i), hereby voluntarily dismisses only his claims against Defendant(s). No answer or motion for summary judgment has been filed. This dismissal is without prejudice.

Dated: March 16, 2022　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**WOLF HALDENSTEIN ADLER**
　　　　　　　　　　　　　　　　　　　　**FREEMAN & HERZ LLP**

　　　　　　　　　　　By:　*/s/Rachele R. Byrd*
　　　　　　　　　　　　　BETSY C. MANIFOLD
　　　　　　　　　　　　　manifold@whafh.com
　　　　　　　　　　　　　RACHELE R. BYRD
　　　　　　　　　　　　　byrd@whafh.com
　　　　　　　　　　　　　750 B Street, Suite 1820
　　　　　　　　　　　　　San Diego, CA 92101
　　　　　　　　　　　　　Telephone: (619) 239-4599
　　　　　　　　　　　　　Facsimile: (619) 234-4599

　　　　　　　　　　　　　*Counsel for Plaintiffs in Donovan, et al. v. T-Mobile USA, Inc., Case No. 4:21-cv-00888*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 16, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Rachele R. Byrd*
Rachele R. Byrd

2